**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID SIDNEY POTTER,**

    **Plaintiff,**

v.                                                            **Case No. 4:20-cv-106-AW/MJF**

**ASHFORD UNIVERSITY,** *et al.***,**

    **Defendants.**

_____/

## ORDER TRANSFERRING CASE

Through an April 22, 2020 Report and Recommendation (ECF No. 12), the magistrate judge recommended granting the Defendants' motion to transfer this case to the United States District Court for the Southern District of California. No objections have been filed.

As the magistrate judge explained, one moving for a transfer under 28 U.S.C. § 1404 must show (i) that the action could have been brought in the proposed transferee court and (ii) that the convenience of the parties and witnesses and the interests of justice favor a transfer. There is no dispute as to the first factor. As to the second factor, the magistrate judge thoroughly analyzed appropriate considerations and concluded that the case should be transferred. I agree with that conclusion.

It is now ORDERED:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion to transfer (ECF No. 6) is GRANTED.

3.    The clerk must take appropriate steps to transfer this case to the United States District Court for the Southern District of California.

4.    The clerk will then close the file.

DONE AND ORDERED this 19th day of June, 2020.

                          s/ *Allen Winsor*
                          United States District Judge